of Appeals for the Fifth Circuit denied. *Mr. A. M. Chambers* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.

---

No. 773. FRANCE & CANADA STEAMSHIP CORPORATION *v.* KONRAD STORGARD. March 29, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bertrand L. Pettigrew* for petitioner. *Mr. Silas B. Axtell* for respondent.

---

No. 774. SOUTHWESTERN GAS & ELECTRIC COMPANY *v.* CITY OF SHREVEPORT. March 29, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Max Pam* for petitioner. No appearance for respondent.

---

No. 778. ALEC ERICKSON *v.* JOHN A. ROEBLING'S SONS COMPANY OF NEW YORK. March 29, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Silas B. Axtell* for petitioner. *Mr. Bertrand L. Pettigrew* for respondent.

---

No. 787. KARL SANDGREN ET AL. *v.* ULSTER STEAMSHIP COMPANY, LTD., OWNER AND CLAIMANT, ETC. March 29, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William J. Waguespack* for petitioners. No appearance for respondent.